**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Althouse,<br><br>    Plaintiff,<br><br>vs.<br><br>Willie C. Peterkin, et al.,<br><br>    Defendants. | No. CV-14-08233-PCT-PGR<br><br><br>ORDER |

  The parties having filed a Stipulation re Dismissal With Prejudice (Doc. 26) which is sufficient to automatically effectuate the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

  IT IS ORDERED that the Clerk of the Court shall terminate this action.

  DATED this 5th day of January, 2016.


Paul G. Rosenblatt
United States District Judge